**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

SEAN SANDOVAL,

     Plaintiff,

v.                                                                    Case No. 8:25-cv-3244-TPB-AAS

AQUA LIVING OPERATING
COMPANY, LLC,

     Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and recommendation of Amanda A. Sansone, United States Magistrate Judge, entered on January 14, 2026.   (Doc. 4).   Judge Sansone recommends that Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) be denied, and Plaintiff's complaint (Doc. 1) be dismissed without prejudice due to Plaintiff's failure to file an amended complaint as directed.   (Doc. 3).   No objection to the report and recommendation has been filed, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the magistrate judge's report and recommendation.   28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982).   A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made."   28 U.S.C. §

636(b)(1)(C).   When no objection is filed, a court reviews the report and recommendation for clear error.   *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Sansone's well-reasoned report and recommendation, the Court adopts the report and recommendation in full.   The motion to proceed *in forma pauperis* is denied, and the complaint is dismissed without prejudice.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)     The report and recommendation (Doc. 4) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)     Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is hereby **DENIED**.

(3)     The complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

(4)     The Clerk is directed to terminate any pending motions and deadlines, and thereafter close this case.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 2nd day of February, 2026.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**